IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:23-cv-965 |
| ) | Judge Trauger |
| WILLIAM LEE, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon mistaken prompting from the court, the parties have filed a Joint Proposed Briefing Schedule (Doc. No. 53). The court finds no need for supplemental briefing on the pending matters presently before the court and will be ruling on the papers already submitted as to those pending matters within the next several days.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge