UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:23-cv-00965 |
| ) | Judge Aleta A. Trauger |
| WILLIAM B. LEE, in his capacity as ) | |
| Governor of the State of Tennessee, ) | |
| and DAVID RAUSCH, in his capacity as ) | |
| Director of the Tennessee Bureau of ) | |
| Investigation, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, the defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Doc. No. 35) is **GRANTED** as to all claims against the Governor and **DENIED** as to all claims against the Director. Jane Doe's claims against the Governor are hereby **DISMISSED**. Doe's Motion for Preliminary Injunction (Doc. No. 6) is hereby **GRANTED** against the Director, subject to the terms of this Order. The Director is hereby **ORDERED** to remove Doe from Tennessee's sexual offender registry database and to take such necessary steps to ensure that all officials who foreseeably rely on the Director for information regarding Doe's registry status are informed of her removal.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge