# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **JANE DOE,** *Plaintiff*, v. **WILLIAM B. LEE,** Governor of the State of Tennessee, *in his official capacity* **(DISMISSED);** **DAVID RAUSCH,** Director of the Tennessee Bureau of Investigation, *in his official capacity,* *Defendants*. | Case No. 3:23-cv-00965 JURY DEMAND District Judge Trauger Magistrate Judge Newbern |

## JOINT MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE

COMES NOW Plaintiff Jane Doe and Defendant Rausch ("the Parties"), by and through respective undersigned counsel, and respectfully request this Honorable Court either reset or temporarily cancel the Initial Case Management Conference currently set for November 18, 2024 at 4pm in order for a Motion for Judgment on the Pleadings under Rule 12(c) of the Federal Rules of Civil Procedure to be filed and resolved.

The Parties propose the following briefing schedule to expeditiously present their arguments to the Court:

1. Plaintiff shall file a Motion by November 29, 2024.

2. Defendants shall file a Response in Opposition by December 13, 2024.

3. If Plaintiff elects to file a Reply, it shall be filed by December 20, 2024.

Because this Court's ruling on a Motion under Rule 12(c) may considerably narrow discovery or, potentially, resolve the case entirely, the Parties request the Court stay further scheduling of the case to first resolve Plaintiff's Motion.

Respectfully submitted:

/s/ Davis F. Griffin
Davis Fordham Griffin, Esq.
TBPR #34555
NORTHSTAR LITIGATION, P.C.
209 10th Avenue South, Suite 560
Nashville, TN 37203
davis@northstarpc.com
615-866-1156


/s/ Liz Evan (with permission)
LIZ EVAN (BPR# 037770)
BROOKE HUPPENTHAL (BPR#040276)
Assistant Attorneys General
Law Enforcement and Special Prosecutions Division
Office of the Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
liz.evan@ag.tn.gov
brooke.huppenthal@ag.tn.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing has been served via the Court's electronic filing system this 29th day of October, 2024 on the following:

LIZ EVAN (BPR# 037770)
BROOKE HUPPENTHAL (BPR#040276)
Assistant Attorneys General
Law Enforcement and Special Prosecutions Division
Office of the Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
liz.evan@ag.tn.gov
brooke.huppenthal@ag.tn.gov


Stella Yarbrough, BPR # 033637
Lucas Cameron-Vaughn, # 038451
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org

                                            s/ Davis F. Griffin
                                            Davis Fordham Griffin