UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JANE DOE,** | Case No. 3:23-cv-00965 |
| *Plaintiff*, | |
| v. | **JURY DEMAND** |
| **WILLIAM B. LEE,** Governor of the State of Tennessee, *in his official capacity* **(DISMISSED);** | District Judge Trauger |
| | Magistrate Judge Newbern |
| **DAVID RAUSCH,** Director of the Tennessee Bureau of Investigation, *in his official capacity,* | |
| *Defendants*. | |

### PLAINTIFF'S FIRST MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

COMES NOW Plaintiff Jane Doe, by and through respective undersigned counsel, and pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, respectfully request this Honorable Court enter judgment in favor of Ms. Doe on Count One and Count Three of her First Amended Complaint.

In support of this request, Ms. Doe has filed a Memorandum of Law contemporaneously herewith.

**Respectfully submitted:**

/s/ Davis F. Griffin
Davis Fordham Griffin, Esq.
TBPR #34555
NORTHSTAR LITIGATION, P.C.
209 10th Avenue South, Suite 560
Nashville, TN 37203
davis@northstarpc.com
615-866-1156

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served via the Court's electronic filing system this 29th day of November 2024 on the following:

LIZ EVAN (BPR# 037770)
BROOKE HUPPENTHAL (BPR#040276)
Assistant Attorneys General
Law Enforcement and Special Prosecutions Division
Office of the Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
liz.evan@ag.tn.gov
brooke.huppenthal@ag.tn.gov

Stella Yarbrough, BPR # 033637
Lucas Cameron-Vaughn, # 038451
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org

s/ Davis F. Griffin
Davis Fordham Griffin
