UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, <br><br> *Plaintiff*, <br> v. <br><br> DAVID RAUSCH, Director of the Tennessee Bureau of Investigation, *in his official capacity*, <br><br> *Defendants*. | Case No. 3:23-cv-00965 <br><br> JURY DEMAND <br><br> District Judge Trauger <br><br> Magistrate Judge Newbern |

**PLAINTIFF'S UNOPPOSED MOTION TO TERMINATE STAY**

COMES NOW the Plaintiff Jane Doe, by and through undersigned counsel, and hereby respectfully requests this Honorable Court terminate the stay of this action so that the Parties may submit notice of their resolution of all claims.

On February 25, 2025, this Court granted Defendant's Unopposed Motion to extend the prior stay of this action by an additional 30 days. (D.E. 73). The stay was extended through March 26, 2025. (*Id.*) The Parties have now resolved all issues in the case and wish to formally notify the Court of the terms including an unopposed motion for attorney fees to Plaintiff's counsel.

Accordingly, Plaintiff requests the Court dissolve the stay and reopen the case for these final two submissions. Defendant does not oppose this request.

Respectfully submitted:

/s/ Davis F. Griffin
Davis Fordham Griffin, Esq.
TBPR #34555
NORTHSTAR LITIGATION, P.C.
209 10th Avenue South, Suite 560
Nashville, TN 37203
davis@northstarpc.com
615-866-1156

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served via the Court's electronic filing system this 3rd day of March 2025 on the following:

LIZ EVAN (BPR# 037770)
Assistant Attorney General
Law Enforcement and Special Prosecutions Division
Office of the Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
liz.evan@ag.tn.gov


Stella Yarbrough, BPR # 033637
Lucas Cameron-Vaughn, # 038451
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
syarbrough@aclu-tn.org
lucas@aclu-tn.org

                                              s/ Davis F. Griffin
                                              Davis Fordham Griffin