# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:23-cv-00965 |
| ) | Judge Trauger |
| DAVID RAUSCH, ) | |
| Director of the Tennessee Bureau of ) | |
| Investigation, in his official capacity ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER

The Parties, having reached agreement, state the following background facts in support of this Agreed Order:

1. The Parties have reached a final agreement resolving this case, entitled "Settlement Agreement and Release of Liability" (the "Agreement"). (Attached as Exhibit 1.)

2. The Agreement provides that the Parties will file the Agreement with the Court, seek dismissal of this case, and jointly request that the Court retain jurisdiction for the sole purpose of enforcing the Agreement. (Exhibit 1 § III.4.)

3. The Parties therefore jointly request that the Court approve the Agreement, solely for the purpose of retaining jurisdiction to enforce its terms, and otherwise dismiss the litigation with prejudice.

**THEREFORE, THE PARTIES AGREE, AND THE COURT ORDERS, AS FOLLOWS:**

1. The Court has reviewed the attached Agreement and approves its terms only for the purpose of retaining ancillary jurisdiction to enforce its terms in a future action brought by the Parties.

2. The Court hereby dismisses this action **with prejudice**, except to the extent that the Court retains ancillary jurisdiction to enforce the terms of the Agreement in a future action brought by the Parties.

3. Plaintiff shall have 30 days from the date of entry of this order in which to bring any final motions to this Court's attention for disposition, including the filing an unopposed motion pursuant to 42 U.S.C. § 1988(b) for an award of attorneys' fees and costs

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
United States District Judge

Submitted for entry:

*/s/ Davis Griffin*
Davis Fordham Griffin, Esq.
NORTHSTAR LITIGATION, P.C.
209 10th Avenue South
Suite 560
Nashville, TN 37203
T: 615.866.1156
F: 615.866.0990
davis@northstarpc.com

*/s/ Stella Yarbrough* (with permission by DFG)
Stella Yarbrough
Lucas Cameron-Vaughn
ACLU (Nashville Office)
P.O. Box 120160
Nashville, TN 37212
*Counsel for Plaintiff*

and

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ Elizabeth Evan* (with permission DFG)
ELIZABETH EVAN (37770)
Assistant Attorney General
Office of the Attorney General and Reporter
Criminal Appeals Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 532-1600
Fax: (615) 532-4892
Liz.Evan@ag.tn.gov
*Counsel for Defendant*